Max T. Williams, ISB #11015
WILLIAMS LAW GROUP, PLLC
417 S. 13th Street
Boise, ID 83702
Telephone: (208) 917-1608
Facsimile: (208) 269-3106
info@williamslawgroupboise.com
efile@williamslawgroupboise.com

*Attorney for Defendant*

## UNITED STATES DISTRICT COURT FOR

## THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:25-mj-00266-DKG |
| Plaintiff, | |
| vs. | **NOTICE OF SERVICE OF DISCOVERY REQUEST** |
| CESAR INIGUEZ OROZCO, | |
| Defendant. | |

**COMES NOW** the Defendant, by and through his undersigned counsel-of-record, and hereby gives notice that on this date, Defendant served upon the United States, through the Office of the United States Attorney for the District of Idaho, Defendant's Request for Discovery pursuant to the Federal Rules of Criminal Procedure, Rule 16, *Brady v. Maryland*, and related authorities.

**DATED** this 21st day of October 2025.          **WILLIAMS LAW GROUP, PLLC**


/s/ Max T. Williams_____
Max T. Williams, Bar No. 11015
*Attorney for Defendant*