AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| | |
|---|---|
| United States of America<br>v.<br>Cesar Iniguez Orozco<br><br>*Defendant* | )<br>)  Case No. 1:25-mj-00266-DKG<br>)<br>)<br>)<br>) |

U.S. MARSHALS SERVICE
DISTRICT OF IDAHO

OCT 1 5 2025

## ARREST WARRANT

RECEIVED

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Cesar Iniguez Orozco
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1955, Prohibition of Illegal Gambling Business


Date:   10/15/2025

*Issuing officer's signature*

City and state:   Boise, Idaho

Debora K. Grasham, United States Magistrate Judge
*Printed name and title*

### Return

| | |
|---|---|
| This warrant was received on *(date)* 10.15.2025, and the person was arrested on *(date)* 10.20.2025<br>at *(city and state)* Meridian, ID | |
| Date: 10.20.2025 | *TMC*<br>*Arresting officer's signature*<br><br>Signed on behalf of arresting FBI agent<br>*Printed name and title* |

This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of defendant/offender: Cesar Iniguez Orozco
Known aliases:
Last known residence: 5820 N Fairborn Ave, Meridian, ID
Prior addresses to which defendant/offender may still have ties:

Last known employment:
Last known telephone numbers:
Place of birth: Mexico
Date of birth: 05/10/1980
Social Security number:
Height:                          Weight:
Sex:    Male                     Race:
Hair:                            Eyes:
Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:
Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: