# CRIMINAL COVERSHEET

| | | | |
|---|---|---|---|
| DEFENDANT'S NAME: | **Cesar Iniguez Orozco** | CASE INFORMATION: | |
| JUVENILE: | No | RELATED COMPLAINT: | |
| PUBLIC or SEALED | Public | CASE NUMBER: | |
| SERVICE TYPE: (Summons/ Warrant/ Notice) | Warrant | | |
| ISSUE: | Yes | County of Offense: | **Canyon** |
| INTERPRETER: | Yes | | |
| If YES, language: | Spanish | | |

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Complaint**

Felony: **Yes**   Class A Misdemeanor: **No**
Class B or C Misdemeanor: **No**
(Petty Offense)

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| **18 U.S.C. § 1955** | **ONE** | **Prohibition of Illegal Gambling Business** | **Up to 5 years imprisonment, 3 years supervised release, $250,000 fine, $100 Special Assessment** |

Date:  10/15/25     Assistant U.S. Attorney:  KELSEY A. MANWEILER
Telephone No.:  (208) 334-1211